04/24/07

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

- PLAINTIFF # IVAN MENDEZ

- CASE NUMBER # 318-2001

- DEFENDANTS # THIS CRIMINAL ORGANIZATION

- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT

- ARE YOU CURRENTLY INCARCERATED # (YES)   NO

- IF YES GIVE THE PLACE OF YOU INCARCERATION # S.C.I IN GEORGETOWN DE.

- ARE YOU EMPLOYED AT THE INSTITUTION #   YES   (NO)

- DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION #   YES   (NO)

- ARE YOU CURRENTLY EMPLOYED #   (YES)   NO

- NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CONGO AT CONGO FUNERAL HOME, 2901 W. 2ND ST. WILMINGTON DE. 19805
  OR AT PETERSON, 100 N. CLEVELAND AVE. WILMINGTON DE. 19805.

- TOTAL MONTHLY AMOUNT OF SALARY # $ 1,600 OR 2000

- DATE LAST EMPLOYED # OCT. OR NOV. OF 2000

- TOTAL AMOUNT OF SALARY LAST RECEIVED # $ 1,600 OR 2,000

- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS #   ███ ██ YES (NO)

- IF YES DESCRIBE EACH SOURCE OF MONEY #

- DO YOU HAVE CASH, CHECKING OR SAVINGS ACCOUNT #   YES   (NO)

- IF YES STATE THE TOTAL AMOUNT #

- DO YOU OWN ANY VALUABLE PROPERTY #   YES (NO)

- IF YES DESCRIBE THE PROPERTY AND HIS VALUE #

- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # MY LOVELY FAMILY, AND SOME RELATIVES.

- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

- DATE # 04/24/07

- SIGNATURE # IVAN MENDEZ



07 - 236

FILED

APR 30 2007

07 - 236

CASE NUMBER 200 (EIGHT PAGES)

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

. PLAINTIFF # IVAN MENDEZ

. CASE NUMBER # 318-2001

.. DEFENDANTS # THIS CRIMINAL ORGANIZATION

1.. MOTION TO PROCEED IN FORMA PAUPERIS

- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUESTS THIS COURT, TO ALLOW THEM TO PROCEED WITHOUT P
PAYMENTS OR FEES FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT

- SIGNATURE # IVAN MENDEZ

- PRINTED NAME # IVAN MENDEZ

... ADDRESS # D.C.C, 1181 PADDOCK RD., SMYRNA DE. 19977

- HOME PHONE NUMBER # N/A

2- BUSSINES PHONE NUMBER # N/A

1.. CERTIFICATE OF SERVICE

2. I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 04/24/07

3. TO # US. GENERAL ATTORNEY

4- NAME # US. GENERAL ATTORNED

5. ADDRESS # 10TH N.W AND CONSTITUTION AVE, WASHINGTON D.C, 20530

6. NAME # US. DISTRICT COURT

7. ADDRESS # INDEPENDENCE MALL WEST, 601 MARKET ST, PHILADELPHIA PA, 19106

8-- SIGNATURE # IVAN MENDEZ

9.. POINTS AND AUTHORITIES

0- WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT
SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY
LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C,, SO HONORABLE JUDGE MR.JOSEP
YOU KNOW IT TOO, WHAT IS GOING ON, SO PLEASE CLARIFY TO ME WHAT YOU MEAN BY I AM FURTHER ADVISED THAT FAILURE T
COMPLY WITH THE LOCAL RULES MAY RESULT IN STRIKING OF MY PLEADINGS, ESPECIALLY WHEN YOU KNOW IT TOO, WHAT
GOING ON, BECAUSE TO ME WITH ALL DUE RESPECT THAT YOU MAY DESERVE IT SOUNDS LIKE THREATENING ME SO
PLEASE CLARIFY YOURSELF YOUR HONOR.

21- SIGNATURE # IVAN MENDEZ

04/24/07

GENERAL REQUEST FORM

BLOG# S.H.U. #18
CELL # BL-3

THIS ARE THE FORMS THAT I NEED #
(42 USC 1983) TWENTY CIVIL RIGHTS COMPLAINTS FORMS.
(28 USC 2254) TWENTY HABEAS CORPUS PETITIONS FORMS
(28 USC 2255) TWENTY MOTIONS TO VACATE, SET ASIDE OR CORRECT SENTENCE
(148 200) TWENTY REQUESTS FOR MEDICAL RECORDS
(TWENTY APPLICATIONS IN FORMA PAUPERIS)
(TWENTY APPLICATIONS WITHOUT PREPAYMENTS OR FEES)
(ALL THE PAPER AND INK PENS THAT YOU MAY WANTED TO DONATE TO ME)

"THANK'S AND GOD BLESS YOU"                    0 7 -   2 3 6



APR 30 2007

0 7 -   2 3 6

(CHRISTOPHER CROSS
(PAGE NUMBER 3 OF EIGHT PAGES)

AME # IVAN MENDEZ                S.B.1 # 453351                DATE # 04/24/07
ITE RECEIVED #                   PASS TO LOG # 
ITE SENT #                       STAFF INITIALS #
AFF NOTES #

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD

To # MRS. TONJA SMITH
      SUPPORT SERVICES MANAGER
              D.C.C
      SMYRNA DE, 19977

DATE # 04/24/07

FROM # IVAN MENDEZ                                   453351
       INMATE NAME                                   S.B.I #

———— I HEREBY CERTIFY————

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (a) (2)
EFFECTIVE APRIL 26, 1996 I'm REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD

       IVAN MENDEZ
       SIGNATURE

       28 USC 1746 AND   18 USC 1621