US. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

04/24/07

07 - 236

FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

07 - 236

ALAN PARSONS
PAGE NUMBER 1 OF EIGHT PAGES)
PLAINTIFF # IVAN MENDEZ

S.B.I NUMBER # 453351

ADDRESS # D.C.C, 1181 PADDOCK RD, SMYRNA DE. 19977

CASE NUMBER # 318 - 2001

DEFENDANTS # THIS CRIMINAL ORGANIZATION

1ST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C, AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

IS THERE A PRISONER GRIEVANCE # (YES) NO

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO

WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO

WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.

NAME OF DEFENDANT # THIS CRIMINAL ORGANIZATION

EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS

ADDRESS # AS YOU KNOW IT TOO THE ADDRESSES

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE GENTLEMAN AND CLERK, MR. PETER TO DALLEO, AS YOU KNOW IT TOO ALL OF THE GROUNDS AND FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND HONORABLE GENTLEMAN, SOON AS I HAVE READ YOUR LETTER I FELT MORE SHAME THEN YOU HONORABLE GENTLEMAN, BECAUSE AS YOU TOO KNOWING AND HAVING ALL KNOWLEDGE OF WHAT IS GOING ON, ON THIS DIRTY AND PREMEDITATED EVIL SET UP CONSPIRACY, YOU HAVE THE COLD BLOOD TOO, TO SENT ME A LOCAL RULE NUMBER # 5.1.1, AND YOU HAVE SAID THAT IF I KEPT WRITTING AND SENDING MY LEGAL FORMS ON ANY OTHER FORM OR CLASS OF PAPER THAT IS NOT THE REQUIRED FILLING FORMS, THAT YOU SHALL BE STRICKING MY FILLING FORMS (LAWSUITS), HOW DARE YOU HONORABLE GENTLEMAN, KNOWING ALL OF WHAT IS GOING IN ON, THIS TIME YOUR HONORABLE COURT IS LUCKY THAT I HAVE A PIECE OF PAPER AND INK TO WRITTE ON IT, THANK'S TO SOME SPANISH LESSONS THAT I TRY TO TEACH, AND THANK'S TO THE GOOD HEART OF MY STUDENT AND OTHER COUNTED PEOPLE, SAME AS THAT THANK'S TO THE GOOD HEART OF SOME COUNTED PEOPLE AND SOME OFFICERS I'M EATTING THE SCRUMBLES OF THE LEFT OVERS THEY FEED ME WITH, AND HONORABLE AND DECENT GENTLEMAN I SURELY APPRECIATED FOR MAKING A ONE TIME EXCEPTION AND SENT ME A ORIGINAL FILLING LAWSUIT FORM, WHICH I HAVE SENT IT TO WASHINGTON D.C, SO THANK YOU SO MUCH HONORABLE GENTLEMAN AND IN MATTER OF FACT IS AWESOME AND ALMOST UNBELIEVABLE BUT

(PLEASE HONORABLE GENTLEMAN AND CLERK TURN THIS FORM TO THE OTHER SIDE)

IKE THE LAW LIBRARY GAVE ME ONE TOO, ON 04/20/07, WHICH I HAVE SEND IT TO WASHINGTON D.C, TOO, SO HONORABLE GENTLEMAN. I SENDING TO YOU ONCE AGAIN SOME COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVIN KEPT ON MY POSSESSION AS YOU KNOW IT TOO ALL ABOUT IT, SO WITH ALL OF DUE RESPECT THAT YOU MAY DESERVE, BUT THE LORD IS OUR WITNESS THAT I WILL SURELY SHALL KEPT WRITTING TO YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C, AND KEPT MAKING MY LEGAL FORMS IN ANY CLASS OF PAPER, FROM THE WASTE, TOILET PAPER, OLD ENVELOPES OR ANY CLASS, UNTIL SOMEONE WHOM REALLY LOVE THIS BLESSED LAND AND DO HIS JOB, RIGHTEOUSLY AND WHOM SHALL NOT FRET THIS CRIMINAL ORGANIZATION, OR WHOSOEVER WHOM HAVE THE COURAGE OF A LYON AND WANTED TO STOP THIS EVILISH CRIMINAL ORGANIZATION AND DO JUSTICE TO ME AND MY LOVED ONES, TH WHEN I SHOULD STOP, SO PLEASE HONORABLE GENTLEMAN, STOP BEING SO COLD BLOODED MAN, AND DO WHAT THE LORD AND THIS LAND CHOS YOU FOR, SO I'LL BE GLAD TO HEAR FROM YE SOON AS POSSIBLE.

"THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDIRATION"

"SINCERELY"
IVAN M.

5.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE GENTLEMAN AND CLERK AS YOU KNOW IT TOO THIS INFORMATION.

6.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

7.- DATE # 04/24/07

8.- SIGNATURE # IVAN MENDEZ

EXHIBIT A

04/24/07

...E NUMBER 4 OF EIGHT PAGES)

...E # (CRIMINAL IMPERSONATION).

...T # IVAN L. MENDEZ, ON 12/25/00, DID ~~KNOWINGLY~~ UNLAWFULLY PRETEND TO BE TONY RENE DIAZ, WITH INTENT TO OBTAIN A BENEFIT FROM ANO... ...ER PERSON.

EXHIBIT A

... # (ROBBERY FIRST DEGREE).

...# IVAN L. MENDEZ, ON 12/21/00, DID WHEN IN THE COURSE OF COMMITTING THEFT USE FORCE UPON LATISHA M. REED, WITH INTENT TO COMPEL LATISHA M. REED, T... DELIVER UP PROPERTY CONSISTING OF U.S.C., AND WHEN IN THE COURSE OF THE COMMISSION OF THE CRIME OR THE IMMEDIATE FLIGHT THEREFROM, HE CAUSED PHY... SICAL INJURY TO LATISHA M. REED, WHO IS NOT PARTICIPANT IN THE CRIME.

... # (POSSESSION OF A DEADLY WEAPON).

... # IVAN L. MENDEZ, ON 12/21/00 DID KNOWINGLY POSSES A DEADLY WEAPON DURING THE COMMISSION OF A FELONY BY POSSESSING ILLEGAL CUTTING IN... TRUMENT A DEADLY WEAPON DURING THE COMMISSION OF ROBBERY 1ST.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

...MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180).

...25/00, AT 17:35 HOURS, ON US. 113, I OBSERVED A PEDESTRIAN WALKING NORTH ALONG THE MEDIAN STRIP AND LEFT LANE THE PEDESTRIAN WAS WEARING A DARK JACK... ...UE JEANS AND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING) OCURRED ON 12/21/00, DURING A CRIM... ...TION CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY RENE DIAZ, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES, DIAZ, WAS TRANSPORTED BACK TO GEO... ...N P.D, WHERE HE WAS QUESTIONED BY DET. GROSE, DURING THE QUESTIONING DIAZ, ADMITED TO GIVING A FALSE NAME, HE THEN IDENTIFIED HIMSELF AS IVAN L. ...Z.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

...MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180).

...E VICTIM STATED SHE HAD JUST BEEN STABBED BY A WHITE MALE SUSPECT, (4).- THE VICTIM COULD ONLY DESCRIBE THE SUSPECT AS A WHITE MALE WITH A THICK BLACK MUSTACHE, ...ACK HAT, (5)- THE VICTIM ALSO ADVISED SHE SMELLED AN ODOR OF ALCOHOLIC BEVERAGES ON THE SUSPECT'S BREATH, (6).- THE SUSPECT APPROACHED HER FROM BEHIND ...XON, (7).- THE SUSPECT MADE VERBAL CONTACT WITH THE VICTIM AND ADVISED HER NO TO SAY ANYTHING AND SHE WOULDN'T GET HURT, HE THEN STATED GIVE ME YO... ...EY, HE THEN STRUCK HER IN THE LOWER LEFT SIDE OF HER BACK. (8).- THE VICTIM STATED THIS WAS WHEN SHE REALIZED THAT HE HAD STABBED HER, (9).- THE SUSPECT PUNCHED HER IN THE FACIAL AREA CAUSING A BLACK EYE TO HER RIGHT EYE TOOK HER MONEY AND FLED BEHIND THE EXXON.

(PLEASE TURN PAGE TO THE OTHER SIDE)

EXHIBIT B STATEMENT OF PROBABLE CAUSE - (CONTINUED)

)- W/2 PAT BROCKWAY, OBSERVED THE SUSPECT APPROACH THE VICTIM, HE DON'T OBSERVED THE SUSPECT ATTACK THE VICTIM, W/2 PAT BROCKWAY DESCRIBED THE SUSP... AS A WHITE MALE, (13)- ON 12/25/00 AT 17:33 HOURS, W/7 NAAR OBSERVED A SUSPECT THAT MATCHED THE DESCRIPTION OF THE SUSPECT, (14)- W/7 STOPPED THE SUSPECT, THE SUSPEC... S INTOXICATED AND TAKEN INTO CUSTODY BY W/7 NAAR FOR WALKING ON THE HIGHWAY UNDER THE INFLUENCE OF ALCOHOL AND OTHER TRAFFIC CHARGES, THE NAME THE SUSPECT ... W/7 NAAR WAS TONY RENE DIAZ (15)- I WAS CALLED TO INTERVIEW THE SUSPECT IN REFERENCE TO THE COMPLAINT ON 12/21/00, (16). THE SUSPECT WAS MIRANDIZED ... INTERVIEWED AT 18:00 HOURS ON 12/25/00, (17)- THE SUSPECT ADVISED HE HAD NOT WORKED IN ABOUT A MONTH, HE STATED HE CANNOT REMEMBER WHAT HAPPENED O... /21/00 BECAUSE HE WAS INTOXICATED, DURING THE INTERVIEW HE REPEATEDLY STATED HE DID WHAT HE HAD TO DO TO SURVIVE, (19)- ON 12/26/00 AT 9:45, I SHOWED THE ... INE UP TO THE VICTIM, THE VICTIM PICKED THE PHOTOGRAPH OF THE SUSPECT OUT OF 6 TOTAL PHOTOS, THE VICTIM WAS THEN SHOWN A PHOTO OF THE SUSPECT'S CLOTHING AND ALSO P... ELY IDENTIFIED THE SUSPECT'S CLOTHING, (20)- AT 11:30 ON 12/26/00, W/2 PAT BROCKWAY, COULD NOT POSITIVELY IDENTIFY THE SUSPECT'S FACE BUT IDENTIFIED THE CLOTHING TH... PECT WAS WEARING AS THE SAME HE HAD ON 12/21/00, (21)- ON THE SUSPECT'S LIVING AREA I FOUND A PAIR OF TOE NAIL CLIPPERS WITH A 2 INCH KNIFE BLADE, THIS LENGHT IS ... ISTENT WITH THE STABWOUND TO VICTIM, (22)- THE SUSPECT STATED HE LOST HIS I.D. ALONG WITH HIS BLACK KNIT HAT, THE SUSPECT WAS DESCRIBED AS WEARING A BLACK KNIT HAT ... VICTIM (23)- DURING THE INTERVIEW THE SUSPECT HE THEN CHANGED HIS NAME TO IVAN L. MENDEZ.

INITIAL CRIME REPORT

...PORT DATE # (12/21/00), INCIDENT OVERVIEW # (SUSPECT CAUSED SERIOUS PHYSICAL INJURY BY USING A WEAPON AND FORCEABLY REMOVED U.S.C. FROM THE VICTIM).

VICTIM INFORMATION

...ME # (REED LATISHA M.), INJURIES DESCRIPTION # (2 1/2 INCHES DEEP BY 2 INCHES WIDE LACERATION LOWER LEFT BACK KIDNEY AREA, BRUISES AND MINOR LACERATIONS FACIAL AREA AND FRONT OF HANDS).

SUSPECT DEFENDANT INFORMATION

...X # MALE), (RACE # WHITE), (ETHNIC ORGIN # NON-HISPANIC), (FACIAL HAIR # THICK MUSTACHE), (ARMED WITH # ILLEGAL CUTTING INSTRUMENT), (RESIDENT STATUS # UNKNOW).

CRIMES AND ASSOCIATED INFORMATION

...SCRIPTION OF TYPE OF WEAPON USED # (POCKET KNIFE).

A.E.G.I.S INCIDENT REPORT

...UMENTS # (UNKNOWN WHERE KNIFE IS LARGE BLADE).

SUPPLEMENTAL REPORT # 1

ORIGINAL VICTIM INFORMATION

...ME # (REED LATISHA M.).

ORIGINAL SUSPECT DEFENDANT INFORMATION

...EX # MALE), (RACE # WHITE), (ETHNIC ORGIN # NON HISPANIC), (FACIAL HAIR # THICK MUSTACHE).

(PLEASE TURN PAGE TO PAGE NUMBER

ERICK BURDON

04/24/07

PAGE NUMBER 5 OF EIGHT PAGES)

MODIFIED SUSPECT DEFENDANT INFORMATION

#male), (RACE # WHITE) (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT) (SKIN TONE # LIGHT) (FACIAL HAIR # THICK MUSTACHE), (BUILD # LARGE), (HAIR COLOR # BLA R LENGHT # COLLAR), (ARMED WITH # ILLEGAL CUTTING INSTRUMENT), (WEIGHT # 180), (SUSPECT'S CLOTHING DESCRIPTION # BLUE JEANS, DARK BLUE JACKET, GREEN HOODED SWEATS LACK MULTI STRIPPED SHIRT, BLACK SNEAKERS).

WITNESS INFORMATION

PE # WITNESS), (NAME # NAAR DAVID), (SEX # MALE), (RACE # WHITE).

INVESTIGATIVE NARRATIVE

12/25/00, AT 17:30 HOURS I WAS CONTACTED BY PFC NAAR, IN REFERENCE TO THE SUSPECT IN CUSTODY FOR CHARGES HE HAD ON HIM, I WAS ADVISED THE SUSPECT MATCHED DESCRIPTION FROM THE INCIDENT ON 12/21/00, THE SUSPECT GAVE PFC NAAR, THE NAME TONY RENE DIAZ, I RESPONDED TO GEORGETOWN P.D, TO INTERVIEW THE SUS I MIRANDIZED THE SUSPECT AT 18:26 HOURS.

SUPPLEMENTAL REPORT NUMBER #2

ORIGINAL VICTIM INFORMATION

ME # (REED LATISHA M.).

ORIGINAL SUSPECT/DEFENDANT INFORMATION

X # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (FACIAL HAIR # THICK MUSTACHE).

ORIGINAL SUSPECT/DEFENDANT INFORMATION

# MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (SKIN TONE # LIGHT), (BUILD # LARGE), (WEIGHT # 180), (FACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGHT # CO (SUSPECT'S CLOTHING DESCRIPTION # BLUE JEANS, DARK BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTISTRIPPED SHIRT, BLACK SNEAKERS).

MODIFIED SUSPECT DEFENDANT INFORMATION

# MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # LIGHT) (BUILD # LARGE), (WEIGHT # 180), (FACIAL HAIR # THICK MUSTACHE R COLOR # BLACK), (HAIR LENGHT # COLLAR), (ARMED WITH # ILLEGAL CUTTING INSTRUMENT), (ARREST NUMBER # 5141), (ARREST TYPE # WARRANT).

SUPPLEMENTAL REPORT #3

ORIGINAL VICTIM INFORMATION

ME # REED LATISHA M.), (SEX # FEMALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC).

ORIGINAL SUSPECT DEFENDANT INFORMATION

# MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON HISPANIC), (FACIAL HAIR # THICK MUSTACHE).

INVESTIGATIVE NARRATIVE

NTACTED THE VICTIM ON THE SCENE WHILE SHE WAS LAYING ON THE SIDEWALK OF THE EXXON ON THE SOUTHSIDE OF THE BUILDING,

(PLEASE TURN PAGE TO THE OTHER SIDE)

ASKED THE VICTIM IF SHE HAD SEEN THE SUSPECT, AND SHE SAID SHE DID NOT GET A VERY GOOD LOOK AT HIM, THE VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE ALE, UPON EXITING HER CAR SHE WAS MET BY THE SUSPECT WHO HAD STRUCK HER SEVERAL TIMES IN THE FACE AND LOWER BACK, THE VICTIM SAID THAT SHE WAS CAUGHT BY SURPRISE AND DID NOT FIGHT BACK BECAUSE IT ALL HAPPENED SO QUICKLY, THE VICTIM STATED THAT SHE TRIED TO WALK TOWARD THE ENTRANCE TO THE BUILDING BUT DID NOT MAKE IT THAT FA ND KNOWN SHE WAS HURT, THE VICTIM SAT DOWN ON THE S.E CORNER OF THE BUILDING.

INITIAL CRIME REPORT

EPORT DATE # (12/25/00, 17:35), INCIDENT OVERVIEW # (DEFENDANT GAVE A FALSE NAME DURING A CRIME PREVENTION CHECK).

SUSPECT DEFENDANT INFORMATION

SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # OLIVE) (WEIGHT # 180), (BUILD # AVERAGE), (FACIAL HAIR # THICK MUSTACHE), (HAI OLOR # BLACK), (HAIR LENGHT # EARTOP), (VOICE SPEECH # ACCENT), (ARMED WITH # UNARMED), (ADDRESS # MARAVATIO, MEXICO), (ARRESTNUMBER # SI413), (ARREST TYPE # WARRANT), (SUS T'S CLOTHING DESCRIPTION # DARK BLUE JACKET AND BLUE JEANS).

INVESTIGATIVE NARRATIVE

N 12/25/00 AT 17:35 HOURS I OBSERVED A PEDESTRIAN WALKING NORTH ALONG THE MEDIAN STRIP AND LEFT LANE, THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEA ND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING) OCCURRED ON 12/21/00, DURING A CRIME PREVENTION CHECK HE PEDESTRIAN IDENTIFIED HIMSELF AS TONY RENE DIAZ, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES, DIAZ WAS TRANSPORTED BACK TO GEORGETOWN P.D, WHER HE WAS QUESTIONED BY DET. GROSE, DURING THE QUESTIONING DIAZ ADMITTED TO GIVING A FALSE NAME HE THEN IDENTIFIED HIMSELF AS JUAN L. MENDEZ.

CLIENT STATUS SHEET

DATE # 12/26/00), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SMT # SCAR LEFT LEG, SCAR RIGHT LEG), (MS # DIVORCED).

CLIENT STATUS SHEET

DATE # 06/18/01), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SKIN # UNKNOWN), (SMT # SCAR LEFT LEG, SCAR RIGHT LEG), (MD # DIVORCED).

CLIENT STATUS SHEET

DATE # 06/20/01), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 180), (SKIN # UNKNOWN), (SMT # SCAR LEFT LEG, SCAR RIGHT LEG), (MD. # DIVORCED).

## STATEMENTS OF WITNESSES

STATEMENT OF VICTIM 001 – LATISHA M. REED. – (CONTINUED)

TRIED TO OBTAIN MORE INFORMATION FROM THE VICTIM, BUT SHE WAS MEDICATED DUE TO HER INJURIES, THE VICTIM WAS FIRST QUESTIONED BY PTLM BUCCI ON THE SCENE.

STATEMENT OF WITNESS 001 – JOHN S. RODENBOUGH.

OHN RODENBOUGH, ADVISED HE SAW THE VICTIM PULL INTO THE EXXON PARKING LOT AT 18:30 HOURS, HE COULD NOT OFFER ANY OTHER DETAIL ABOUT THIS COMPLAINT.

STATEMENT OF WITNESS 002 – PAT BROCKWAY.

T BROCKWAY, OBSERVED A WHITE MALE APPROACH THE VICTIM, THE VICTIM AND THE SUSPECT STARTED TALKING, HE STATED HE DON'T SEE THE SUSPECT ASSAULT OR ROB THE VICTIM, MR. BROCKWAY, DESCRIB E SUSPECT AS A WHITE MALE, THIN, BLUE JEANS AND BLACK JACKET, HE DON'T ~~SEE~~ SAW A HAT ON THE SUSPECT OR A MUSTACHE.

(PLEASE TURN PAGE TO PAGE NUMBER

STATEMENT OF WITNESS 003- EDWARD F. WILSON.



D WILSON, OBSERVED THE VICTIM'S WHITE CAR PULL INTO THE SOUTH PARKING LOT OF THE EXXON, HE DON'T OBSERVED AN ASSAULT OR ROBBERY OF THE VICTIM.

STATEMENT OF WITNESS 004- LONNIE FEASTER.

EASTER, PROCESSED THE VICTIM'S CAR.

STATEMENT OF WITNESS 005- MICHAEL BARLOW.

BARLOW, WAS THE SUPERVISOR ON THE SCENE.

STATEMENT OF WITNESS 006- JEFFERY BUCCI.

UCCI, INTERVIEWED THE VICTIM ON THE CRIME SCENE.

INVESTIGATIVE NARRATIVE - CONTINUED

SPECT WAS ASKED TO IDENTIFY HIMSELF HE GAVE ME THE NAME IVAN L. MENDEZ, HE ADVISED THE SALVATION ARMY FROM WILMINGTON, BROUGHT HIM TO GEORGETOWN, HE STATED HE HAD NOT WORKE A MONTH, I DETECTED A SMELL OF ALCOHOLIC BEVERAGES EMMITTING FROM HIS BREATH, I QUESTIONED HIM ABOUT HOW HE COULD BUY ALCOHOL IF HE HAD NOT MONEY, AND HE STATED HE HAD A HAT WOULD HELP HIM OUT, HE WAS QUESTIONED ABOUT THE WHEREABOUTS ON 12/21/00, HE STATED I DON'T REMEMBER I WAS DRUNK, I ADVISED HIM A YOUNG FEMALE HAD BEEN INJURED E EXXON, HE STATED HE WAS DRUNK AND DOESN'T REMEMBER BEING THERE, DURING THE INTERVIEW THE SUSPECT KEPT STATING I DO WHAT I HAVE TO DO TO SURVIVE, THE SUSPECT EARING BLUE JEANS, DARK BLUE JACKET, A GREEN HOODED SWEATSHIRT AND A BLACK MULTISTRIPPED SHIRT, THE SUSPECT HAD A THICK MUSTACHE AND BUSHY GOATEE, THIS DESCRIPTION S THE ONE GIVEN BY THE VICTIM AND ALSO W/2 PAT BROCKWAY, THE SUSPECT WAS ARRESTED BY PFC-NAAR, FOR TRAFFIC CHARGES (PEDESTRIAN) AND CRIMINAL IMI TION.

STATEMENT OF SUSPECT 002- IVAN L. MENDEZ.

SPECT WAS INTERVIEWED AT THE GEORGETOWN P.D, IN REFERENCE TO THE INCIDENT ON 12/21/00, THE SUSPECT WAS READ HIS MIRANDA WARNING AT 18:26 HOURS.

STATEMENT OF WITNESS 007- DAVID NAAR.

R, STOPPED THE SUSPECT DUE TO HIS MATCHING DESCRIPTION FROM THE ORIGINAL INCIDENT ON 12/21/00, THE SUSPECT ADVISED HE LOST HIS I.D WHEN HE LOST HIS HAT, PFC-NAAR, ASKED PE OF HAT HE LOST AND THE SUSPECT STATED A BLACK KNIT HAT, THIS TYPE OF HAT WAS ALSO DESCRIBED BY THE VICTIM IN REFERENCE TO THE SUSPECT HAVING ONE.

CRIMES AND ASSOCIATED INFORMATION

WITNESS INFORMATION

NCE#01), (TYPE# WITNESS), (NAME# ROBINSON JOHNS), (SEQUENCE#02), (TYPE# WITNESS), (NAME# BROCKWAY PAT), (SEQUENCE#03), (TYPE# PERSON CONTACTED), (NAME# WILSON EDWARD F.), (SEQUENCE#04) WITNESS), (NAME# FEASTER LONNIE), (SEQUENCE#05), (TYPE# WITNESS), (NAME# BARLOW MICHAEL), (SEQUENCE#06), (TYPE# WITNESS), (NAME# BUCCI JEFFERY).

INVESTIGATIVE NARRATIVE

CTIM WAS BEING QUESTIONED BY PTLM-BUCCI. UPON MY ARRIVAL I WAS ADVISED THE ONLY DESCRIPTION OF THE SUSPECT, WAS A WHITE MALE WITH A BLACK HAT.

(PLEASE TURN PAGE TO THE OTHER SIDE)

INVESTIGATIVE NARRATIVE CONTINUED

...BLOOD ON THE SIDEWALK THE VICTIM HAD WALKED DOWN TO OBTAIN HELP. I MET WITH THE VICTIM AND OBTAINED A STATEMENT. DUE TO THE VICTIM BEING UNDER PAIN MEDICATION FOR ... INJURY I WILL FOLLOW UP WITH HER IN A LATER DATE TO CONFIRM THE FACTS IN HER STATEMENT. THE LACERATION WAS 2½ INCHES DEEP BY 2 INCHES WIDE, DID NOT HIT ANY VITAL ORGANS.

STATEMENT OF VICTIM 001 – LATISHA M. REED.

...E STEPPED OUT OF HER VEHICLE, THE SUSPECT APPROACHED FROM THE REAR OF THE STORE AND ADVISED HER TO GIVE ME ALL YOU MONEY, THE SUSPECT THEN HIT HER IN THE BACK AND PUNCHED IN THE ...CE AND TOOK HER MONEY, THE VICTIM STATED "I GUESS WHEN HE HIT ME IN THE BACK IS WHEN HE STABBED ME I DIDN'T EVEN KNOW AT FIRST I HAD BEEN STABBED". THE VICTIM DESCRIBED THE SUSPECT ...A WHITE MALE WITH A THICK BLACK MUSTACHE, THE ONLY CLOTHING DESCRIPTION THE VICTIM COULD OFFER WAS A BLACK KNIT HAT ON HIS HEAD, THE SUSPECT FLED BEHIND THE EXXON.

CRIMES AND ASSOCIATED INFORMATION

INVESTIGATIVE NARRATIVE

...N 12/26/00, THE VICTIM LOOKED AT THE PHOTOLINEUP AND POINTED TO THE SUSPECT AND STATED THAT'S HIM. I THEN SHOWED HER A FULL LENGHT PHOTOGRAPH OF THE SUSPECT AND SHE STATED THE ONLY ...ING MISSING IS THE BLACK KNIT HAT, I ASKED THE VICTIM IF SHE WAS SURE THIS WAS THE SUSPECT THAT HAD ATTACKED HER AND TAKEN HER MONEY, AND SHE STATED I'M POSITIVE, MR. PAT BROCKWAY; STATED H... ...ON'T RECOGNIZE ANY OF THE FACES I THEN HELD THE FULL LENGHT PHOTOGRAPH UP WITH MY THUMB OVER THE SUSPECT'S FACE, MR. PAT BROCKWAY, STATED THAT THE CLOTHING THE SUSPECT HAD ON WAS ...E EXACT SAME CLOTHES HE HAD ON 12/21/00, PFC. CONSUEGRA AND MYSELF LOCATED THE SUSPECT'S LIVING AREA AND WE FOUND ONE PAIR OF NAILCLIPPERS WITH A 2 INCHES KNIFE BLADE, WITH THE ...SITIVE IDENTIFICATION OF THE SUSPECT FROM THE VICTIM, AND THE POSITIVE IDENTIFICATION OF THE SUSPECT'S CLOTHING I PREPARED AND SIGNED A WARRANT FOR THE CHARGES CONTAINED ON THE ... ...SERVED THE WARRANT ON THE DEFENDANT AND READ HIS MIRANDA RIGHTS.

# MEDICAL REPORTS

PROGRESS NOTES

...ATE # 12/22/00, VICTIM STATES TO HAVE PROBLEMS WITH MOTHER'S BOYFRIEND.

HISTORY AND PHYSICAL ORIGINAL

...HE VICTIM WAS REPORTEDLY BEAT ABOUT THE HEAD AND NECK, DURING EVALUATION IN THE FIELD SHE WAS NOTED TO HAVE A STABWOUND OVER THE LEFT BACK, HEENT # WITH NO EVIDENCE ...SCALP LACERATION, EXAMINATION OF THE FACE DEMONSTRATES NO EVIDENCE OF FRACTURE.

CONSULTATION

...CONSULTATION REQUESTED BY # DR. DOOLEY), (REASON # VICTIM STATES PHYSICAL ABUSE BY MOTHER'S BOYFRIEND), (DATE OF CONSULTATION # 12/22/00), (ASSESSMENT # VICTIM STATES TO HAVE ...THER PROBLEMS AND DOES NOT REALLY WANT TO TALK TO ME, SHE SAYS THE PHYSICALLY ABUSES MOTHER REPETITIVE.

HISTORY AND PHYSICAL ORIGINAL

...BACK # DEMONSTRATES A 2 CMS. STABWOUND OVER THE POSTERIOR BACK.

TRIAGE/NURSING ADMISSION DATA BASE

...L.M.P # 12/19/00), (ASSESSMENT OF CHIEF COMPLAINT # STABWOUND L.P.L CHEST).

(PLEASE TURN PAGE TO PAGE NUMBER

GREEN DAY
(PAGE NUMBER 7 OF EIGHT PAGES)

04/24/07

SKIN RISK ASSESSMENT

RECORD # 2-2½ CMS. STABWOUND TO L.L. CHEST, OLD STITCHWOUND SCABBED, RIGHT WRIST SCRATCHED, RIGHT UPPERARM, SCRATCH LATERAL.

DISCHARGE PLANNING / REFERRAL CRITERIA

12/21/00, HAS PATIENT BEEN SEEN IN THE EMERGENCY DEPARTMENT WITHIN THE LAST 15 DAYS # YES TEN DAYS AGO. FOR STITCHES.

PRIMARY AND SECONDARY SURVEY

...N/ FLANKS # LACERATION B FLANK, 2 CMS. LONG, 2½ CMS. DEEP.

EMERGENCY ROOM SUMMARY ORIGINAL

...COMPLAINT # THE PATIENT IS AN 18 YEARS OLD WHITE FEMALE), (HISTORY OF PRESENT ILLNESS # THE PATIENT WAS AT A STORE AND SOME PEOPLE ASSAULTED HER FOR NO APPARENT REASON ...AND SHE WAS HIT ABOUT THE HEAD AND NECK WITH SOME OBJECTS, SHE IS NOT SURE WHICH), (NO GROSS SIGN OF HEAD OR FACE TRAUMA), (FAMILY HISTORY # REVIEWED BUT OTHERWISE NOT CONT...RY), (HEENT # NO APPARENT GROSS HEAD OR FACE TRAUMA, NO APPARENT SIGN OF TRAUMA ABOUT THE MOUTH NOSE OR EARS).

PATIENT CARE REPORT PRIORITY 2- ALS- TRANSPORT

...COMPLAINT # MY BACK AND FACE HURT), (HISTORY OF CONDITION # THE PATIENT WAS ASSAULTED IN PARKING LOT BY UNKNOWN ASSAILANT AND STRUCK IN FACE SEVERAL TIMES WALKED INTO STORE ...D SHE HAD BEEN STABBED IN THE BACK), (ASSESMENT # PATIENT SEATED AGAINST OUTSIDE WALL AT A STORE WITH POLICE IN ATTENDANCE), (POSTERIOR THORAX # 2-3 CMS. LACERATION TO LOWER ...FLANK WITH NOTICEABLE ABRASSIONS AND SCRATCHES), (EXTREMITIES # LEFT ARM UNREMARKABLE WITH BRUISING TO A/C AREA), (DIFFERENTIAL DIAGNOSIS # R/O CLOSED HEAD INJURY, R/O ...NAL TRAUMA SECOND TO KNIFE WOUND.

TRAUMA RECORD

...AULT # YES), (STABWOUND # YES), (OTHER # THEY BEAT ME UP).

TRIAGE / NURSING ADMISSION DATA BASE

...# 12/15/00), (CHIEF COMPLAINT # STABWOUND), (ASSESMENT OF CHIEF COMPLAINT # VERBAL I STOP I GOT OUT OF MY CAR AND THEY BEAT ME UP), (2½ CMS. DEEP LAC. X 2 CMS. L...

PATIENT CARE REPORT - PRIORITY 2- ALS- TRANSPORT.

...ATIVE # ARRIVED TO FIND PATIENT IN CARE OF GEORGETOWN P.D. WHO RELATED CIRCUMSTANCES.

# TRANSCRIPTS OF PROCEEDINGS

TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

...COURT # DO YOU HAVE YOUR WITNESSES IN THE COURTROOM, MS. TSANTES # YES YOUR HONOR I SHOULD SAY MY VICTIM WAS SEATED IN THE COURTROOM, WHEN MR. MENDEZ ...ED INTO THE COURTROOM, MY WITNESS INMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MS. SMYTHE # MR. MENDEZ, IS STILL ...IEVED THAT HE COULD EVER DO SUCH A VILE ACT, THEREFORE HE AGREES THAT HE WOULD LIKE TO ENTER A ROBINSON PLEA THAT ON THE BASIS ON WHETHER OR NOT THE VICTIM WOULD ...TIFIED HIM AND THEY WOULD TAKE HER WORD FOR IT IF SHE IDENTIFIED HIM, MS. TSANTES # ON 12/21/00 AT 6:25 PM. LATISHA REED, WAS GETTING OUT OF HER CAR

(PLEASE TURN PAGE TO THE OTHER SIDE)

ND AS SHE WAS ABOUT TO PROCEED TO WALK AROUND IN THE FRONT OF THE STORE SOMEBODY APPROACHED HER FROM BEHIND SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BAC HE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE ALL OF HER MONEY TO HIM, THE SUBJECT PROCEEDED T PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THAT THE SUBJECT WAS WEARING A BLACK KNIT CAP, HAD BUSHY CURLY HAIR, STICKING OUT FR UNDERNEATH WAS UNKEMPT, WAS SMELLY, AND DESCRIBED HIM AS A WHITE MALE, WEARING DARK CLOTHES THE PANTS AND DARK COLORED JACKET, THERE WAS ANOT CIVILIAN WITNESS THAT WOULD TESTIFY, PAT BROCKWAY, THAT HE WITNESSED THE ATTACK ON LATISHA REED, HE IDENTIFIED THE CLOTHING AND GAVE A PHYSICAL DESCRIPTION AS LA REED HAS ARTICULATED AND ON 12/19/00, TROOPER MARTINEZ, CAME IN CONTACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET AND FACIAL HAI THAT WAS TWO DAYS BEFORE THIS INCIDENT HAPPENED ON 12/21/00, AND ON 12/25/00, OFFICER NAAR, WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION THAT WA GIVEN BY LATISHA REED, OF THE PERPETRATOR, A MAN WEARING DARK CLOTHING WITH THE SAME TYPE OF HAIR, THE SAME PHYSICAL DESCRIPTION AS THE DEFENDANT WAS SEEN WALKING THE WRONG WAY AT NIGHT ON US. 113, HE MADE CONTACT WITH THE SUBJECT DURING THE ENCOUNTER HE REALISED MR. MENDEZ, WAS INTOXICATED MR. MENDEZ GAVE A FALSE NAME OF TONY RENE DIAZ, THE POLICE PRESENTED THE PHOTOLINEUP TO LATISHA REED, IN LESS THAN A MINUTE SHE PICKED OUT THE DEFENDANT AS THE PERSON THAT STABBED AND ROBBED HER, MR. BROCKWAY, WAS UNABLE TO PICK MR. MENDEZ, BUT HE WAS SHOWN A PHOTOGRAPH OF A PE WEARING CLOTHES THAT MR. MENDEZ WAS TAKEN INTO CUSTODY IN WITH THE FACE COVERED UP AND POSITIVELY IDENTIFIED THOSE CLOTHES, THE STATE BELIEVES THAT I TRIAL MR. BROCKWAY, MAY HAVE ALSO BEEN ABLE TO PICK MR. MENDEZ AS THE PERSON THAT DID THAT, THE OTHER THING IS THAT ON 12/19/00, DURING THAT CRI PREVENTION CHECK WITH TROOPER MARTINEZ, MR. MENDEZ GAVE ALSO A FALSE NAME IN THAT ENCOUNTER, ON MR. MENDEZ, LIVING PLACE AMONG THE ITEMS HE HA WAS A KNIFE THE STATE WOULD HAVE PRESENTED IT IN EVIDENCE AND IT IS ATTACHED TO LIKE A NAILCLIPPER, THIS WAS THE KNIFE THERE MS. LATISHA REED, WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER THAT DAY, THE COURT # VERY WELL I HAVE HAD THE OPORTUNITY TO OBSERVE, MR. MENDEZ.

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

WHEN MR. MENDEZ ENTERED INTO THE COURTROOM, THE WITNESS IMMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM, MR. MENDEZ INDIC THAT HE WOULD ENTER A ROBINSON PLEA IF THE VICTIM WOULD IDENTIFY HIM MS. BANKS, STATED THAT ON 12/21/00 AT 6:25 PM. LATISHA REED EXITED HER CAR AND AS SHE PROCEE DED TO WALK AROUND TO THE FRONT OF THE STORE SOMEBODY APPROACHED HER FROM BEHIND SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BACK THE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE ALL OF HER MONEY TO HIM THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THE SUBJECT AS WEARING A BLACK KNIT CAP, WITH BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH WAS UN PT, WAS SMELLY WITH FACIAL HAIR, SHE FURTHER DESCRIBE HIM AS A WHITE MALE WEARING DARK CLOTHES PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNE SS THAT WOULD TESTIFY HE WITNESSED THE ATTACK ON MISS REED, PAT BROCKWAY, HE IDENTIFIED THE CLOTHING AND GAVE A PHYSICAL DESCRIPTION OF HIS APPEARANCE AS MISS REED HAS ARTICULATED AND ON 12/19/00 A TROOPER CAME IN CONTACT WITH A SUBJECT WEARING A DARK KNIT CAP, DARK PANTS AND JACKET WITH FACIAL HAIR, THAT WA S TWO DAYS BEFORE THE INCIDENT WITH MISS REED, AND ON 12/25/00, A POLICE OFFICER WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION GIVEN BY MISS REED SAW AN INDIVIDUAL WALKING THE WRONG WAY AT NIGHT ON US. 113, CONTACT WAS MADE WITH THE SUBJECT WHEN THE OFFICER REALIZED SUBJECT WAS INTOXICATED THE SUBJECT GAVE A WRONG NAME, THE POLICE PRESENTED THE PHOTOLINEUP TO MISS REED, IN LESS THAN A MINUTE SHE PICKED OUT MR. MENDEZ AS THE PERSON WHO STABBED AN ROBBED HER, MR. BROCKWAY WAS UNABLE TO PICK OUT THE DEFENDANT HOWEVER HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ WAS TAKEN

( PLEASE TURN PAGE TO PAGE NUMBER 1

CUSTODY IN WITH HIS FACE COVERED UP, AND THIS WITNESS POSITIVELY IDENTIFIED THE CLOTHING WORN BY THE ASSAILANT, DURING THE SEARCH OF MR. MENDEZ HOME AMONG ...SESSIONS WAS FOUND A KNIFE WHICH MISS REED WOULD HAVE IDENTIFIED AS THE KNIFE THAT STABBED HER ON JUDGE STOKES. OBSERVATION OF THE DEFENDANT.

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

...URT # YOU ARE A CERTIFIED COURT INTERPRETER, THE INTERPRETER # THAT IS CORRECT YOUR HONOR, MS. SMYTHE # MR. MENDEZ IS INITIALLY FROM MEXICO, AND HE WILL BE DEPORTED, THERE IS A SPANISH ...ED UP IN WILMINGTON, MS. TSANTES # THE VICTIM LATISHA REED, IS NOT HERE SHE HAS TO WORK TODAY, ON 12/21/00, LATISHA REED, WAS GETTING OUT OF HER CAR, AND SHE FELT WHAT FELT TO HER AS A ... THE BACK, THE NEXT THING SHE KNOWS THE DEFENDANT, WEARING A BLACK CAP, THAT SHE DESCRIBES AS A WHITE MALE, I BELIEVE WITH FACIAL HAIR AND SHE DESCRIBES HIS CLOTHING AND HE IS ... MONEY FROM HER AND TOOK HER MONEY, THERE WAS SOME PASSERBY WHO SAW THE DEFENDANT FLEE BEHIND THE EXXON, AND ON 12/25/00, THE POLICE PICKED UP THE DEFENDANT, WA... ...ING ALONG THE HIGHWAY, HE MATCHES THE PHYSICAL DESCRIPTION THAT WAS GIVEN THAT DAY, AND THE POLICE TAKE HIM INTO CUSTODY UNDER THE SUSPICION OF WALKING UNDER THE INFLUENCE ...S A FALSE NAME, THE POLICE DO A PHOTO LINE UP WITH LATISHA REED, THAT IDENTIFIES HIM AS THE PERPETRATOR, I THINK IS IMPORTANT FOR THE RECORD TO REFLECT THAT WHEN MR. MENDEZ ... TO PUNCH LATISHA REED IN THE BACK, WHAT HE ACTUALLY DID WAS STAB HER IN THE BACK PRIOR TO HIM EVEN CONFRONTING HER AND ASKING FOR MONEY; MR. MENDEZ HAS ONLY ONE D.U.I. CO... ...MAY BE A D.U.I. PENDING WARRANT OUT OF THE STATE, THE VULNERABILITY OF THE VICTIM WHO SIMPLY IS GETTING OUT OF HER CAR AND NOT EVEN GIVEN A CHANCE TO DEFEND HERSELF FRO... ...ABBING WHEN HE APPROACHES HER FROM THE BACK, THE COURT # HE IS GOING TO BE DEPORTED, MS. TSANTES # BY THE TIME HE FINISHES THE LEVEL 5 TIME, THE I.N.S. ARE GOING TO DEPORT ...R. MENDEZ HAS COME AND GONE PRETTY FREELY BETWEEN MEXICO AND U.S.A. YOUR HONOR HE WAS COMPLETELY UNDER THE INFLUENCE WHEN THE POLICE TOOK HIM INTO CUSTODY ...WAS A BRUTAL ATTACK ALL HE NEEDED TO DO IF HE REALLY NEEDED MONEY WAS APPROACHED THAT WOMAN AND ASK HER FOR SOME WITHOUT THE USE OF A KNIFE, BUT THE DESCRIPTION OF ...BJECT USED TO STAB HER WITH, WHILE IT IS INDICATED AS A FINGERNAIL CLIPPERS IT HAS A TWO AND A HALF INCH BLADE, THAT COMES OUT AND THAT IS THE OBJECT THE STATE BELIEVES THAT ...SED TO STAB MS. LATISHA REED, THE VICTIM HAD A CHANCE TO LOOK AT THAT AND BELIEVES THAT'S THE WEAPON USED TO STAB HER WITH, THE COURT # I HAVE OBSERVED THE DEFENDANT ...E FACT THAT MR. MENDEZ MAY BE DEPORTED TO MEXICO.

U.S. DISTRICT COURT, ANSWER

...PM, ON 12/21/00, LATISHA REED WAS GETTING OUT OF HER CAR, IN ANTICIPATION OF ENTERING THE STORE, WHEN SOMEONE APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE BELIE... BE A HARD PUNCH IN THE BACK, LATER SHE DISCOVERED THAT SHE HAD BEEN STABBED, THE PERSON THEN CAME AROUND TO THE FRONT OF HER BRANDISHING A BLOOD COVERED KNIFE AND DE... ALL OF REED'S MONEY, THE ROBBER PUNCHED REED IN THE FACE TOOK HER MONEY AND FLED BEHIND THE STORE, REED DESCRIBED THE ROBBER AS A WHITE MAN, WITH BUSHY CURLY HAIR ...OUT FROM UNDER A BLACK KNIT CAP, SHE TOLD POLICE THAT HE HAD FACIAL HAIR, WAS UNKEMPT SMELLY AND WEARING DARK PANTS AND JACKET, PAT BROCKWAY WHO WITNESSED THE ATTACK ... SIMILAR DESCRIPTION OF THE ASSAILANT, POLICE ENCOUNTERED SOMEONE FITTING THAT DESCRIPTION ON 12/25/00, WHO WAS INTOXICATED AND WALKING THE WRONG WAY ALONG US... ... A FAKE NAME, ON MR. MENDEZ HOME AMONG THE ITEMS HE HAD WAS A KNIFE, REED PICKED MENDEZ PICTURE OUT FROM A PHOTO LINE UP, MR. BROCKWAY, WAS UNABLE TO ... ...NDEZ OUT OF THE LINE UP, BUT IDENTIFIED THE CLOTHING HE WAS WEARING.

DISCUSSION

CLAIMS ARE DIFFICULT TO DISCERN BUT LIBERALLY READING HIS PETITION, MENDEZ PRESENTS THE FOLLOWING CLAIMS, (1).- HE ENTERED THE ROBINSON PLEA, ONLY BECAUSE HE WAS ... WHEN THE PROSECUTOR SAID THAT THE VICTIM IDENTIFIED HIM AS HER ASSAILANT, (2).- THE STATE COURTS THREW AWAY HIS LETTERS, (3).- THE VICTIM WAS NOT PRESENT AT THE TIME

(PLEASE TURN PAGE TO THE OTHER SIDE)

THE PLEA TO IDENTIFY HIM, (4).- ACTUAL INNOCENCE BASED ON WITNESSES WHO SAID HE WAS NOT THE PERSON RESPONSIBLE FOR THE CRIMES, (5).- INEFFECTIVE ASSIS[TANCE] OF COUNSEL, MENDEZ ALSO CHECKED SEVERAL GROUNDS ON HIS PETITION.

[ME]NDEZ ASSERTION OF ACTUAL INNOCENCE IS BASED ENTIRELY ON HIS REPORT, THAT MS. BARBARA TOLD HIM, THAT THE WORKERS AT THE EXXON TOLD HER THAT HE WAS N[OT THE] PERSON RESPONSIBLE FOR THE CRIMES.

SUPREME COURT, ORDER

ON THIS APPEAL MENDEZ COUNSEL ASSERTS THAT BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE ARE NO ARGUABLE APPEALABLE ISSUES [ME]NDEZ DID NOT SUBMIT ANY ISSUES TO HIS COUNSEL FOR THIS COURT'S CONSIDERATION, (A).- THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS MADE A [CO]NSCIENTIOUS EXAMINATION OF THE RECORD AND THE LAW, (B).- THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD, (4).- THE COURT HAS REVIEWED THE R[ECORD] CAREFULLY AND HAS CONCLUDED THAT MENDEZ APPEAL IS DEVOID, WE ARE SATISFIED THAT MENDEZ COUNSEL HAS MADE A CONSCIENTIOUS EFFORT TO EXAMINE THE R[ECORD] AND HAS PROPERLY DETERMINED THAT MENDEZ COULD NOT RAISE A MERITORIOUS CLAIM ON THIS APPEAL.

STATE'S RESPONSE TO RULE 26(C) BRIEF

[ON] APPEAL DEFENSE COUNSEL WITHDRAWS, (A).- THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS IN FACT MADE A CONSCIENTIOUS EXAMINATION OF THE R[ECORD] AND LAW FOR ARGUABLE CLAIMS, (B).- THIS COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD, (3) DEFENSE COUNSEL STATES THAT "I HAVE DILIG[ENTLY SE]ARCHED THE RECORD INCLUDING THE COMPLETE TRANSCRIPT AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUE TO BE RAISED IN APPEAL (ZANDARD 2 ... 52, STATEMENT OF COUNSEL), MENDEZ HAS NOT TENDERED ANY ISSUES FOR REVIEW.

[AN]D YOU KNOW IT TOO ALL OF THE STATEMENTS GROUNDS AND FACTS, SO I'LL BE GLAD TO HEAR FROM YOU SOON.

I/M IVAN MENDEZ
SBI# 453351 UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 00.63[0]
APR 27 2007
MAILED FROM ZIP CODE 19977

MR. PETER T. DALLEO.
US. DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON DE.
19801 - 3570

U.S.M.S.
X-RAY

19801+3570-99 C012