IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
IVAN L. MENDEZ,                    :
                                   :
         Plaintiff,                :
                                   :
    v.                             :  Civ. Action No. 07-236-JJF
                                   :
THIS CRIMINAL ORGANIZATION,        :
                                   :
         Defendants.               :
```

### SHOW CAUSE ORDER

At Wilmington this 23 day of May, 2007,

Plaintiff Ivan L. Mendez ("Mendez"), an inmate at the Delaware Correctional Center, has engaged in filing numerous lawsuits that contain frivolous legal arguments and that are vexatious and abusive of the judicial process. These lawsuits relate to his underlying criminal conviction of first degree robbery and possession of a deadly weapon during the commission of a felony. Plaintiff's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 was denied by this Court as time-barred on November 30, 2005. Mendez v. Carroll, Civ. Action No. 04-1409-JJF (D. Del. Dec. 4, 2005). Since December 21, 2006, Mendez has filed four lawsuits in this District Court all related to his underlying criminal conviction and habeas corpus Application. Mendez v. This Criminal Organization, Civ. Action No. 06-780-JJF; Mendez v. Pennsylvania State, Civ. Action No. 06-794-JJF; Mendez v. This Criminal Organization, Civ. Action No. 07-162-JJF; and the present case, Mendez v. This Criminal

Organization, Civ. Action No. 07-236-JJF. In all of the Complaints in these cases, Plaintiff makes reference to his criminal cases and appears to seek copies of numerous and sundry documents.

In the past Mendez filed several frivolous lawsuits, and as a result, in his most recent filings he has been denied leave to proceed in forma pauperis and has been ordered to pay the $350.00 filing fee. See 28 U.S.C. § 1915(g) (inmate required to pay filing fee when he has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted). Plaintiff has yet to pay any filing fee. Moreover, the Court has reviewed the Complaints in the four listed cases and none of them state a claim upon which relief may be granted. Indeed, they are frivolous, as the allegations are unspecified and wholly irrational.

THEREFORE, Plaintiff Ivan Mendez is hereby ORDERED to show cause, in writing, on or before **June 11, 2007**, why he should not be enjoined from filing, without prior authorization of this Court, any complaint, lawsuit, or petition for writ of mandamus, related to Mendez v. Carroll, Civ. Action No. 04-1409-JJF (D. Del. Dec. 4, 2005), Mendez v. This Criminal Organization, Civ. Action No. 06-780-JJF, Mendez v. Pennsylvania State, Civ. Action

No. 06-794-JJF, <u>Mendez v. This Criminal Organization</u>, Civ. Action No. 07-162-JJF, and <u>Mendez v. This Criminal Organization</u>, Civ. Action No. 07-236-JJF. or any other related cases, including, but not limited to actions against the states of Pennsylvania and Delaware, the District of Columbia, and This Criminal Organization.

                                               /s/ Joseph J. Farnan Jr.
                                       UNITED STATES DISTRICT JUDGE