06/01/07

JUNE FIRST OF 2007

HONORABLE, U.S. DISTRICT COURT,

HONORABLE MASTER AND GENTLEMAN, MR. JOSEPH E. FARNAN.

HONORABLE MASTER, MR. JOSEPH, I WRITTE TO YOU ONCE AGAIN, HOPEFULLY THAT I DON'T BOTHER OR DISTURB ANY OF YOUR BUSY TIME, BUT IN RESPONSE TO YOUR LETTER (ANSWER) RECEIVED ON 05/29/07, WHICH IN MATTER OF FACT I'M WRITING TO YOU UNTIL TODAY, THANK'S TO THE GENEROSITY OF A GOOD HEARTED OLD MAN, MR. TOM, ON LOWER EIGHT, WHOM JUST LIKE MR. KENNY, LOWER FIVE, AND TWO OLD WHITE GENTLEMAN ONE ON CELL LOWER ELEVEN, AND LOWER TWELVE, WHOM EVEN THAT THREE OF THEM ARE INDIGENTS, THEY SPARE WITH ME THE LITTLE THINGS THAT THEY MAY HAVE, JUST LIKE THE COUNTED PEOPLE MENTIONED TO YOU TOO FROM S.C.I IN GEORGETOWN DE, AS MR. TOM GAVE ME SOME ENVELOPES TO ANSWER TO YOU, KNOWING TOO OF MY SITUATION, WELL HONORABLE MASTER, MR. JOSEPH, WITH ALL THE RESPECT THAT YOU MAY DESERVE, BUT YOU ARE A REALLY COLD BLOODED MASTER, AND SARCASTIC, BECAUSE FIRST OF ALL YOU HAVE SAITH THAT "MY LAWSUITS CONTAIN FRIVOLOS LEGAL ARGUMENTS THAT ARE VEXATIOUS AND ABUSIVE OF THE JUDICIAL PROCESS", HONORABLE MASTER, IT SEEMS THAT YOUR COLD BLOOD IS BACKING OUT, ARE YOU TOO RUNNING FROM YOUR RESPONSABILITY, AND ALSO YOU HAVE SAID THAT "I AM NOT ON A IMMINENT DANGER OF SERIOUS PHYSICAL INJURY", HONORABLE MASTER, YOU KNOW IT TOO, THAT I'M ON PROTECTIVE CUSTODY, SO STOP PLAYING SMART HONORABLE MASTER, AND IN MATTER OF FACT I NEED TO GET REMOVED FROM HERE BACK TO SUSSEX CORRECTIONAL INSTITUTION, UNDER PROTECTIVE CUSTODY, FOR LEGAL PURPOSES, AS I HAVE WROTTEN TO THE COUNSELOR ABOUT MY CLASSIFICATION WHICH WAS DUE ON APRIL TWENTY ONE OF 2007, (04/21/07), OR IS GOING TO HAPPENED LIKE ALWAYS AS YOU KNOW IT TOO, AND ONE MORE THING MASTER JOSEPH, AS YOU KNOW IT TOO, ABOUT MY LEGAL FORM (TRANSACTION) AGAINST PENSYLVANIA STATE, (MENDEZ VS. PENSYLVANIA STATE, 1:06-CV-794), AS YOU KNOW IT TOO THAT IS ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION, AND ALSO AS YOU KNOW IT TOO, HOW PENSYLVANIA, U.S. DISTRICT COURT, SHUT ME DOWN MY LEGAL FORM, (MENDEZ VS. THE CRIMINAL ORGANIZATION), 2:07-CV-1028), AS YOU KNOW IT TOO THE REASONS WHY, AND YESTERDAY 05/31/07, THEY (U.S. DISTRICT COURT) SEND ME A LETTER SAYING THE FOLLOWING WORDS: (MENDEZ VS. THE CRIMINAL ORGANIZATION, 2:07-CV-2105), AND NOW THIS 29TH DAY OF MAY 2007, PLAINTIFF HAVING FAILED TO FILE A CERTIFIED COPY OF HIS PRISIONER ACCOUNT STATEMENT FOR THE ENTIRE SIX MONTHS PERIOD PRIOR TO THE FILING OF HIS COMPLAINT IN THIS COURT ON MAY 23, 2007, PURSUANT TO 28 USC § 1915(a),[1] IT IS HEREBY ORDERED THAT, (1). PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS IS DENIED WITHOUT PREJUDICE AND (2). THE CLERK OF COURT SHALL CLOSE THIS CASE STATISTICALLY., BY THE COURT, JOHN R. PADOVA. AND IS JUST AS ALWAYS AS YOU KNOW IT TOO, THEIR COLD BLOOD, SO I'LL BE GLAD TO HEAR FROM YOU SOON HONORABLE MASTER, AND PLEASE STOP, YOUR COLD BLOODED GAME OR "SHOW CAUSE RESPONSE OR AP".

07cv236 JJF

FILED JUN 12 2007

RG scanned

U.S. DISTRICT COURT DISTRICT OF DELAWARE

"THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION"

INMATE'S NAME # IVAN MENDEZ      JUDGE'S NAME # MR. JOSEPH E. FARNAN
S.B.I NUMBER # 453351            DATE OF SENTENCE # PENDING
DATE OF BIRTH # 12/04/73         NUMBER OF CASE # 1:07-CV-236

carefully review the risks associated with self-representation and to inform themselves of the potential consequences.

**WARNING:** Rule 11 of the Federal Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or filed merely to harass someone. If after reviewing your complaint, the court determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the court or pay the legal fees of the person or persons against whom you filed the lawsuit.

IM Ivan Mendez
SBI# 453351   UNIT SoKu #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US. District Court
844 No. King Street
Lockbox 18
Wilmington Delaware
19801-3570