06/13/07

JUNE THIRTEEN OF 2007

HONORABLE U.S. DISTRICT COURT.
HONORABLE MASTER, JUDGE, JOSEPH J. GARNAN.
HONORABLE MASTER MR. JOSEPH, I WRITTE TO YOU ONCE AGAIN, HOPEFULY THAT I DON'T BOTHER ANY OF YOUR BUSSY TIME, BUT, I WROTE FOR MY CLASSIFICATION YESTERDAY (06/12/07) ONCE AGAIN, IN ORDER TO GET REMOVED BACK TO SUSSEX CORRECTIONAL INSTITUTE OVER IN GEORGETOWN DELAWARE, FROM WHERE I WAS NOT SUPPOSSED TO BE REMOVED BECAUSE I WAS UNDER PUBLIC DETAINER THAT INMIGRATION AND NATURALIZATION SERVICES, PUT IT ON MYSELF, AS YOU KNOW IT TOO ALL ABOUT IT AND I NEED TO BE REMOVED FOR SAFETY, MEDICAL NEEDS, AND FOR LEGAL PURPOSES UNDER PROTECTIVE CUSTODY, AND IS HAPPENING LIKE ALWAYS BECAUSE MY CLASSIFICATION DATE WAS DUE ON (04/20/07), APRIL TWENTY OF 2007, AND YOU KNOW IT TOO MY MEDICAL NEEDS, MY LEGAL PURPOSES, AND EVERYTHING ELSE, AND ALSO HONORABLE MASTER ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION MS. LATISHA M. REED, IS TURNING 25 YRS. OLD NEXT MONTH, SO PLEASE DON'T BE SO COLD BLOODED, AND ALSO MY LITTLE ONE IS TURNING 19 YRS. OLD ON ELEVEN MORE YEARS, AND SHE IS SELLING CELL PHONES, EVEN THAT SHE HAD BEEN CONGRATULATED TO BE NUMBER ONE ON A STATE AND ON A NATIONAL LEVEL FOR TWENTY ONE TIMES ON HER STUDIES, BUT NOW SHE CAN'T CONTINUE BECAUSE THERE IS NOT MONEY, SO PLEASE HONORABLE MASTER, DON'T BE SO COLD BLOODED, BECAUSE MY LITTLE ONE LOVES ME AND MY OLD FOLKS (PARENTS) THEIR LAST HOPE IS TO SEE ME ONCE AGAIN ALIVE NOT DEAD, BEFORE THEY DIE, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE.

"THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION"

P.S. HONORABLE MASTER PLEASE "LA CHARRARITA" INMATE'S NAME # IVAN MENDEZ
(SMURFET) AND SAD EYES ARE NOT HERE SO S.B.I NUMBER # 453351
PLEASE DON'T BE SO COLD BLOODED.      DATE OF BIRTH # 12/04/73
                                       JUDGE'S NAME # MR. RICHARD R. STOKES.
                                       DATE OF SENTENCE # 06/15/01
                                       NUMBER OF CASE # 318-2001


FILED
JUN 15 2007
LG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M IVAN MENDEZ
SBI# 453351    UNIT So Ho U6 #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 No. King Street
Lockbox #18
Wilmington Delaware
19801