IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IVAN L. MENDEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Action No. 07-236-JJF |
| | : | |
| THIS CRIMINAL ORGANIZATION, | : | |
| | : | |
| Defendants. | : | |

O R D E R

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 25, 2007, the Court entered an Order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, Plaintiff filed two letters with the Court in an attempt to show imminent danger, but the letters do not indicate that Plaintiff was in imminent harm at the time of the filing of the lawsuit (D.I. 6, 7);

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 5 day of July, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

UNITED STATES DISTRICT JUDGE